*Daniel MacDougald* for petitioners. *Messrs. Edwin W. Sims, Elwood G. Godman,* and *Martin H. Long* for respondent.

No. 808. TIN DECORATING Co. *v.* METAL PACKAGE CORP. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. T. J. Johnston, J. Granville Meyers,* and *Charles S. Jones* for petitioner. *Messrs. William Houston Kenyon, Theodore S. Kenyon,* and *Frederick B. Townsend* for respondent.

No. 811. MORTGAGE GUARANTEE Co. *v.* WELCH, COLLECTOR OF INTERNAL REVENUE. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Ralph W. Smith* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, Sewall Key, Barham R. Gary,* and *Paul D. Miller* for respondent.

No. 816. PETTIT *v.* LUCAS, COMMISSIONER OF INTERNAL REVENUE. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. James H. Maxey, T. J. Leahy,* and *C. S. MacDonald* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, Sewall Key,* and *Morton P. Fisher* for respondent.

No. 825. UNITED STATES NAVIGATION Co., INC. *v.* CUNARD STEAMSHIP Co. ET AL. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for